■ CHRISTINE M. MAYE, Respondent, v TACO BELL CORP., Appellant.—In a negligence action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Nassau County (Wager, J.), dated December 13, 1989, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Wager at the Supreme Court. Thompson, J. P., Kunzeman, Eiber, Rosenblatt and Ritter, JJ., concur.